# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AVIVA WILDE,                                   )   Case No.   EDCV 07-1171-JTL
                                               )
                          Plaintiff,           )
                                               )   **J U D G M E N T**
         v.                                    )
                                               )
MICHAEL J. ASTRUE,                             )
Commissioner of Social Security,               )
                                               )
                          Defendant.           )
_____        )

        In accordance with the Memorandum Opinion and Order filed herewith,

        IT IS HEREBY ADJUDGED that Judgment be entered reversing the decision of the

Commissioner, and remanding the case for further administrative proceedings consistent with

the Memorandum Opinion and Order.


DATED: June 20, 2008


                                   _____/s/_____
                                   JENNIFER T. LUM
                                   UNITED STATES MAGISTRATE JUDGE